# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MANOR CARE OF CAMP HILL,** **PA, LLC d/b/a MANORCARE HEALTH** **SERVICES - CAMP HILL**, *et al.*, : : : Petitioners, : : v. : : **CLYDE FLEAGLE**, by and through **KAREN M. FRITZ**, his attorney-in-fact : : Respondent. : | CIVIL ACTION NO. 1:13-CV-02449  (Chief Judge Conner) |

## <u>ORDER</u>

AND NOW, this 25th day of November, 2013, upon consideration of the petition to compel arbitration and stay related state court proceedings (Doc. 1), filed by petitioners Manor Care of Camp Hill PA, LLC d/b/a Manorcare Health Services Camp Hill, Manor Care Health Services, Inc., HCR Manorcare, Inc., Manorcare, Inc., HCR Healthcare, LLC, HCR II Healthcare, LLC, HCR III Healthcare, LLC, and HCR IV Healthcare, LLC (collectively, "Petitioners"), and the abbreviated response (Doc. 10) to the petition filed by respondent Clyde Fleagle ("Respondent"), by and through Karen M. Fritz, his attorney-in-fact, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Respondent's motion for the court's abstention (Doc. 10) from considering the petition (Doc. 1) is DENIED.

2. A hearing concerning the petition (Doc. 1) shall commence at **9:30 a.m. on Thursday, December 12, 2013**, in Courtroom #2, United States Courthouse and Federal Building, Harrisburg, Pennsylvania.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania